**STATE of Missouri, Respondent,**

v.

**Jesse BEASLEY, Appellant.**

**No. ED 100554**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: December 9, 2014

Jessica Hathaway, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Mary H. Moore, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Glenn A. Norton, J.

## ORDER

### PER CURIAM

Jesse Beasley appeals from the judgment entered by trial court following a bench trial in which the court found defendant guilty of second-degree murder, Section 565.021 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).